UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JEFFREY WILTSE,

　　　　　Plaintiff,

　　　v.

KRISTINA PICKERING, *et al.*,

　　　　　Defendants.

Case No. 2:25-cv-00593-RFB-BNW

**ORDER**

Before the Court for consideration is the Report and Recommendation of the Honorable Brenda Weksler, United States Magistrate Judge, entered on April 11, 2025. See ECF No. 17. For the following reasons, the Court accepts and adopts the Report and Recommendation.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Pursuant to Local Rule IB 3-2(a), objections were due by April 24, 2025. On April 15, 2025, Plaintiff filed an objection. See ECF No. 22.

The Magistrate Judge's Report and Recommendation first recommends that Plaintiff's 42 U.S.C. § 1983 claims asserting violations of his rights under the First and Fourteenth Amendments be dismissed with prejudice because, even taking the factual allegations as true, these claims are barred by judicial immunity. The Magistrate Judge further recommends that Plaintiff's additional claim alleging a violation of the Americans with Disabilities Act (ADA) also be dismissed with

prejudice, as there is insufficient factual support for this claim, and moreover, the proper defendant in a Title II claim is the public entity responsible for the alleged violation.

The Court has conducted a *de novo* review of the Report and Recommendation and concurs with the Magistrate Judge's findings, reasoning, and recommendation. Mr. Wiltse's arguments in his timely-filed Objection do not counter the Magistrate Judge's findings. Judicial immunity bars Mr. Wiltse's section 1983 claims against the Defendants, as the facts alleged make clear that the justices were operating in their judicial capacity and within their jurisdiction. See Schucker v. Rockwood, 846 F.2d 1202, 1204 (9th Cir. 1988) (*per curiam*); Cleavinger v. Saxner, 474 U.S. 193, 199 (1985). Further, Mr. Wiltse provides no additional facts to cure the deficiencies in his ADA claim identified in the Report and Recommendation, and even if he had, these Justices are not the proper defendant for Mr. Wiltse's possible ADA claim. See United States v. Georgia, 546 U.S. 151, 153 (2006). Because Mr. Wiltse has presented no legally viable claims, even taking the facts alleged as true, amendment would be futile, and dismissal with prejudice is warranted.

**IT IS THEREFORE ORDERED** that the Court **ACCEPTS and ADOPTS** Magistrate Judge Weksler's Report and Recommendation (ECF No. 17).

**IT IS FURTHER ORDERED** that all claims against Justices Pickering, Cadish, and Lee are **DISMISSED with prejudice**.

**DATED:** February 10, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 2 -